# UNITED STATES DISTRICT COURT

for the
Eastern District of California

| | | |
|---|---|---|
| **KATHLEEN KENNEDY, individually and on behalf of all others similarly situated**<br>*Plaintiff*<br>v.<br>**POWERSCHOOL GROUP, LLC.**<br>*Defendant* | ) ) ) ) ) ) ) ) ) | Civil Action No. 2:26-CV-02679-JAM-CSK |

## DECLARATION OF SERVICE

I, Mariah Gutierrez, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to PowerSchool Group LLC in Sacramento County, CA on October 27, 2026 at 3:20 pm at 150 Parkshore Dr, Folsom, CA 95630-4710 by leaving the following documents with Roland Blackman who as Associate Facility Coordinator is authorized by appointment or by law to receive service of process for PowerSchool Group LLC.

CLASS ACTION COMPLAINT
SUMMONS IN A CIVIL CASE

Additional Description:
The individual who accepted the document confirmed their authority to accept documents on behalf of the entity.
Race: Black or African American, Sex: Male, Est. Age: 35-44, Hair: Black, Glasses: Y, Est. Weight: 160 lbs to 180 lbs, Est. Height: 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=38.6577833333,-121.1886833333
Photograph: See Exhibit 1

Total Cost: $95.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in
Sacramento County,
CA on 10/28/2026.

/s/ Mariah Gutierrez

Mariah Gutierrez - +1 (916) 477-4299
Registration No.: 2025-028
Registration County: Sacramento County


Exhibit 1a)
10/27/2026 3:20 pm PDT
150 Parkshore Dr, Folsom, CA 95630-4710
38.6577833, -121.1886833
PowerSchool