Kristina S. Azlin (SBN 235238)
Kathryn J. Richards (SBN 346956)
HOLLAND & KNIGHT LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel.: 213.896.2400
Fax: 213.896.2450
E-mail: kristina.azlin@hklaw.com
E-mail: kathryn.richards@hklaw.com

Attorneys for Defendant
POWERSCHOOL GROUP, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

KATHLEEN KENNEDY, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

POWERSCHOOL GROUP, LLC,

Defendant.

Case No.: 2:26-CV-02679-JAM-CSK

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 28 DAYS**

Complaint Served: October 27, 2026
Current Response Date: November 17, 2026
New Response Date: December 15, 2026

///

///

///

///

///

///

///

///

///

///



Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400
Fax: 213.896.2450

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400
Fax: 213.896.2450

This Stipulation is made and entered into by and between Defendant PowerSchool Group, LLC ("Defendant") and Plaintiff Kathleen Kennedy ("Plaintiff"), by and through their respective counsel, with reference to the following:

**RECITALS**

WHEREAS, the Summons and Complaint were served on Defendant on or around October 27, 2026 (Dkt. No. 8);

WHEREAS, Defendant's deadline to respond to the Complaint is November 17, 2026 (Dkt. No. 8);

WHEREAS, Defendant has been diligently investigating the allegations in Plaintiff's Complaint in order to prepare an appropriate response;

WHEREAS, Defendant requires additional time to investigate the allegations in Plaintiff's Complaint in order to prepare an appropriate response;

WHEREAS, Plaintiff consents to Defendant's request to extend its deadline to respond to the Complaint by twenty-eight (28) days, by and through December 15, 2026;

WHEREAS, in accordance with Local Rule 144, this extension is not for more than a cumulative total of twenty-eight (28) days from the date the response initially would have been due, and therefore no court order is necessary; and

WHEREAS, this is Defendant's first request for an extension in this matter.

///

///

///

///

///

///

///

///

///

///

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400
Fax: 213.896.2450

**STIPULATION**

NOW, THEREFORE, Plaintiff and Defendant hereby stipulate that Defendant shall have by and through December 15, 2026 to respond to the Complaint.

**IT IS SO STIPULATED.**

Dated: November 12, 2026

HOLLAND & KNIGHT LLP

By: */s/ Kathryn J. Richards*
Kathryn J. Richards

Attorneys for Defendant
POWERSCHOOL GROUP, LLC

Dated: November 12, 2026

By: */s/ Alex N. Jilizian*

Alex N. Jilizian
2629 Manhattan Ave #1002
Hermosa Beach, CA 90254
PARONICH LAW, P.C.
Phone: (213) 866-5293
Fax: (508) 318-8100
alex@paronichlaw.com

Attorneys for Plaintiff
KATHLEEN KENNEDY

**CERTIFICATION**

I, Kathryn J. Richards, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Kathryn J. Richards*
Kathryn J. Richards